**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

RUTH CRAIG, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                                                                          Case No: 5:16-cv-26-Oc-30PRL

VIZIO, INC.,

    Defendant.
_____/

# ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion and Stipulation to Stay Proceedings (Doc. 5). The parties request that the Court stay the case pending a ruling by the United States Panel on Multidistrict Litigation on several pending applications to transfer proceedings similar to Plaintiff's to another district for pretrial proceedings in accordance with 28 U.S.C. § 1407.

After due consideration, it is therefore **ORDERED AND ADJUDGED** that:

1. The parties Joint Motion and Stipulation to Stay Proceedings (Doc. 5) is GRANTED.

2. This cause of action is STAYED pending the United States Panel on Multidistrict Litigation's ruling on the applications to transfer proceedings.

3. The Clerk shall administratively close this case.

4.  The parties are directed to file a status report within fourteen (14) days after the United States Panel on Multidistrict Litigation issues its decision, which should update the Court of the status of this case and request a lift of the stay, if applicable.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of February, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record